TRELLIS LAW CORPORATION
  Charles J. Kulas (Bar No. 157498)
    Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

LAW OFFICES OF JOHN W. CARPENTER
  John W. Carpenter (Bar No. 221708)
    john@jwcarpenterlaw.com
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorneys for Plaintiff, Qarbon.com, Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Macrovision Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>MACROVISION CORP.<br><br>        Defendant. | CASE NO. CV 06-7532 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE: Maria-Elena James |

|   |                                                                                                              |
|---|--------------------------------------------------------------------------------------------------------------|
| 1 | **Stipulation**                                                                                              |

Pursuant to Civil L.R. 6-2, Plaintiff QARBON.COM, INC. ("Qarbon") and Defendant MACROVISION CORP. ("Macrovision") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for March 15, 2007 at 10:00 AM. The parties are presently engaged in ongoing discussions to settle this matter, and need additional time to continue settlement discussions. Furthermore, before the Court issued its *Order Setting Initial Case Management Conference and ADR Deadlines*, counsel for Plaintiff, John W. Carpenter, already had an out-of-state commitment which causes him to be unavailable on March 15, 2007.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to May 17, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to May 17, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

Respectfully submitted,

DATED: February 27, 2007          LAW OFFICES OF JOHN W. CARPENTER


By ____/s/_____
John W. Carpenter
Attorney for Plaintiff Qarbon.com, Inc.

| | | |
|---|---|---|
| 1 | DATED: February 27, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By _____/s/_____
Claude M. Stern
Attorneys for Defendant Macrovision Corp.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated ___February 28___, 2007

_____
The Honorable Maria-Elena James
Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James signature]