| | |
|---|---|
| TRELLIS LAW CORPORATION<br>  Charles J. Kulas (Bar No. 157498)<br>    Charlie@carpenterkulas.com<br>1900 Embarcadero Road, Suite 109<br>Palo Alto, CA 94303<br>Telephone: (650) 842-0300<br>Facsimile: (650) 842-0304<br><br>LAW OFFICES OF JOHN W. CARPENTER<br>  John W. Carpenter (Bar No. 221708)<br>    john@jwcarpenterlaw.com<br>Stock Exchange Tower<br>155 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 240-4700<br>Facsimile: (415) 240-4771<br><br>Attorneys for Plaintiff, Qarbon.com, Inc. | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Claude M. Stern (Bar No. 96737)<br>    claudestern@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>  Deepak Gupta (Bar No. 226991)<br>    deepakgupta@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendant Macrovision Corporation. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>MACROVISION CORP.<br><br>        Defendant. | CASE NO. CV 06-7532 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE: Maria-Elena James |

**Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff QARBON.COM, INC. ("Qarbon") and Defendant MACROVISION CORP. ("Macrovision") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for May 17, 2007 at 10:00 AM. The parties are presently engaged in ongoing discussions to settle this matter, and need additional time to continue settlement discussions.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to June 21, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

The Court previously granted a time modification of the Initial Case Management Conference in this matter on February 28, 2007. (Dkt. 11.)

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to June 21, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

Respectfully submitted,

DATED: April 27, 2007	LAW OFFICES OF JOHN W. CARPENTER


By ____/s/_____
John W. Carpenter
Attorney for Plaintiff Qarbon.com, Inc.


DATED: April 27, 2007	QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _____/s/_____
Claude M. Stern
Attorneys for Defendant Macrovision Corp.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __April 30_____, 2007	_____
The Honorable Maria-Elena James
Magistrate Judge