TRELLIS LAW CORPORATION
Charles J. Kulas (Bar No. 157498)
Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

LAW OFFICES OF JOHN W. CARPENTER
John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorneys for Plaintiff, Qarbon.com, Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Deepak Gupta (Bar No. 226991)
deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Macrovision Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MACROVISION CORP. <br><br> Defendant. | CASE NO. CV 06-7532 (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** <br><br> JUDGE: Maria-Elena James |

## **Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff QARBON.COM, INC. ("Qarbon") and Defendant MACROVISION CORP. ("Macrovision") hereby stipulate to a continuance of the Initial Case Management Conference in this matter.

The Initial Case Management Conference is currently set for June 21, 2007 at 10:00 AM. The parties are presently engaged in discussions to settle this matter and are getting closer to a final agreement.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to September 20, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

The Court previously granted time modifications of the Initial Case Management Conference in this matter on February 28, 2007 (Dkt. 11) and April 30, 2007 (Dkt. 13).

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to September 20, 2007 at 10:00 AM, or to whatever date and time thereafter as set by the Court.

Respectfully submitted,

DATED: June 7, 2007                    LAW OFFICES OF JOHN W. CARPENTER


By ____/s/_____
John W. Carpenter
Attorney for Plaintiff Qarbon.com, Inc.


DATED: June 7, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By _____/s/_____
Claude M. Stern
Attorneys for Defendant Macrovision Corp.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated June 11, 2007        _____
                           The Honorable Maria-Elena James
                           Magistrate Judge