TRELLIS LAW CORPORATION
  Charles J. Kulas (Bar No. 157498)
    Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

LAW OFFICES OF JOHN W. CARPENTER
  John W. Carpenter (Bar No. 221708)
    john@jwcarpenterlaw.com
Stock Exchange Tower
155 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 240-4700
Facsimile: (415) 240-4771

Attorneys for Plaintiff, Qarbon.com, Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

  Deepak Gupta (Bar No. 226991)
    deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant Macrovision Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM, INC.,<br><br>             Plaintiff,<br><br>   vs.<br><br>MACROVISION CORP.<br><br>             Defendant. | CASE NO.  CV 06-7532 (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>JUDGE:   Maria-Elena James |

1  **Stipulation**

2  Pursuant to Civil L.R. 6-2, Plaintiff QARBON.COM, INC. ("Qarbon") and Defendant

3  MACROVISION CORP. ("Macrovision") hereby stipulate to a continuance of the Initial Case

4  Management Conference in this matter.

5  The Initial Case Management Conference is currently set for September 20, 2007 at 10:00

6  AM. The parties are presently engaged in discussions to settle this matter, and have agreed upon

7  all but a few terms of a final agreement.

8  The parties have agreed that it would be in the best interest of the parties to seek a

9  continuance of the Initial Case Management Conference to November 29, 2007 at 10:00 AM, or

10 to whatever date and time thereafter as set by the Court.

11 The Court previously granted time modifications of the Initial Case Management

12 Conference in this matter on February 28, 2007 (Dkt. 11), April 30, 2007 (Dkt. 13) and June 11,

13 2007 (Dkt. 15).

14 The present requested time modification would have no material effect on the schedule for

15 this case.

16 Accordingly, it is hereby stipulated and agreed that the Initial Case Management

17 Conference in this matter be continued to November 29, 2007 at 10:00 AM, or to whatever date

18 and time thereafter as set by the Court.

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED: September 10, 2007        LAW OFFICES OF JOHN W. CARPENTER

By ____/s/_____
John W. Carpenter
Attorney for Plaintiff Qarbon.com, Inc.

DATED: September 10, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____/s/_____
Claude M. Stern
Attorneys for Defendant Macrovision Corp.

**ORDER**

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.  The CMC is continued to December 6, 2007 at 10:00 a.m.

Dated __September 11__, 2007        _____
The Honorable Maria-Elena James
Magistrate Judge