TRELLIS LAW CORPORATION
Charles J. Kulas (Bar No. 157498)
Charlie@carpenterkulas.com
1900 Embarcadero Road, Suite 109
Palo Alto, CA 94303
Telephone: (650) 842-0300
Facsimile: (650) 842-0304

LAW OFFICES OF JOHN W. CARPENTER
John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
405 Davis Court, Suite 707
San Francisco, CA 94111
Telephone: (415) 374-7157
Facsimile: 18664106248

Attorneys for Plaintiff, Qarbon.com, Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Deepak Gupta (Bar No. 226991)
deepakgupta@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Macrovision Corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QARBON.COM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MACROVISION CORP. <br><br> Defendant. | CASE NO. CV 06-7532 (MEJ) <br><br> **NOTICE OF DISMISSAL** <br> ORDER CLOSING FILE <br> JUDGE: Maria-Elena James |

## NOTICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff QARBON.COM, INC., through the undersigned counsel, hereby dismisses the above-captioned action with prejudice pursuant to and in accordance with the terms of a Settlement Agreement between Plaintiff QARBON.COM, INC. and Defendant MACROVISION CORP.

Respectfully submitted,

DATED: November 28, 2007         LAW OFFICES OF JOHN W. CARPENTER

By _____
John W. Carpenter
Attorney for Plaintiff Qarbon.com, Inc.

The Clerk of Court shall close the file.

Dated: November 29, 2007



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

NOTICE OF DISMISSAL
CV 06-7532 (MEJ)